**BOIES SCHILLER FLEXNER LLP**
PETER SKINNER *(pro hac vice)*
  pskinner@bsfllp.com
CRAIG WENNER *(pro hac vice)*
  cwenner@bsfllp.com
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300

**BOIES SCHILLER FLEXNER LLP**
MICHAEL D. ROTH, State Bar No. 217464
  mroth@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Movants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| City of Almaty, Kazakhstan, and BTA Bank JSC,<br><br>            Movants,<br><br>  v.<br><br>Gennady Petelin,<br><br>            Respondent. | Case No. 2:18-mc-00049 ODW (JCx)<br><br>**– DISCOVERY MATTER –**<br><br>**NOTICE OF MOTION TO COMPEL AND JOINT STIPULATION PURSUANT TO LOCAL RULES 37-2.1 AND 45-1**<br><br>[Motion to Compel and Joint Stipulation; Wenner, Illovsky, and Angel Decls. and Exhibits re: Motion to Compel and Joint Stipulation; and [Proposed] Order filed concurrently herewith]<br><br>**Judge:** Hon. Jacqueline Chooljian<br>**Date:** May 15, 2018<br>**Time:** 9:30 a.m.<br>**Crtm.:** 20<br><br>The Honorable Otis D. Wright II |

4836-1366-9984.1

THE KAZAKH ENTITIES' NOTICE OF MOTION TO COMPEL AND JOINT STIPULATION

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 15, 2018 at 9:30 a.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Jacqueline Chooljian, located in the United States Courthouse, 312 N. Spring Street, Los Angeles, CA 90012, Movants will and hereby do move this Court to compel Respondent Gennady Petelin to produce documents responsive to the December 21, 2017 subpoena and to respond to questions about documents he may or may not possess at his upcoming deposition.

This Motion is made under Rule 45 of the Federal Rules of Civil Procedure, and Local Rules 37-2.1 and 45-1, on the grounds that (1) the documents requested, and related deposition questions, are highly relevant to the principal defense claim that defendant Triadou SPV SA was funded by Mr. Petelin and not with money stolen from plaintiffs (and Movants) the City of Almaty, Kazakhstan and BTA Bank JSC; (2) discovery of Mr. Petelin is necessary because the Movants have exhausted all other means of acquiring the evidence, including through the defendants and their agents; (3) Mr. Petelin's objections are untimely; (4) Mr. Petelin's objections are mere boilerplate and lack the required specificity; (5) Mr. Petelin failed to articulate any burden he faces in responding to the subpoena; and (6) Mr. Petelin has repeatedly refused to engage in any meaningful discussion with Movants regarding responsive documents he may possess.

This Motion is based on this Notice of Motion, the accompanying Joint Stipulation and Declaration of Craig Wenner with Exhibits, any Supplemental Memoranda which may later be filed, all of the pleadings and other documents on

///
///
///
///
///

1 file in this case, all other matters of which the Court may take judicial notice, and
2 any further argument or evidence that may be received by the Court.

4 DATED: April 13, 2018 Respectfully submitted,

BOIES SCHILLER FLEXNER LLP
Peter Skinner
Michael D. Roth
Craig Wenner

By /s/ Michael D. Roth
    Michael D. Roth
*Attorneys for Movants*

4836-1366-9984.1

-2-
THE KAZAKH ENTITIES' NOTICE OF MOTION TO COMPEL AND JOIN STIPULATION